Case: 4:20-cv-00289-SPM   Doc. #: 1-1   Filed: 02/20/20   Page: 1 of 7 PageID #: 14

15% off Use LEAPYEAR2020. **EXCLUSIONS APPLY. SEE DETAILS**

Search CafePress  

Men | Women | Accessories | Kids & Baby | Home & Decor | Drinkware | Stationery | Stickers & Signs | Occasions | Deals

Classic Tees as low as $14.50 - 3 Days Left! Exclusions apply. See details.

Home   Anniversary   Men   T-Shirts   Classic   LOVE HAPPENS Dark T-Shirt





Color: Black




Size:  Select Size                                             Size Chart

| S | M | L | XL | 2XL | XLT | 2XLT | 3XL | 3XLT | 4XL |

Quantity                                                                    ~~$32.99~~

[ - ] [ 1 ] [ + ]    Buy 6 at
                     $11.50 each                                            **$19.50**

                                              **Add to cart**

                        Share with a friend

                   

---

## Other styles

**Men's T-Shirts**                                          Women's T-Shirts

---

## Bought together

---

## About product

Men's Classic T-Shirts

Product ID: **219658157**

Our Classic T-Shirt serves as the perfect short-sleeved shirt for your unique, funny, or personalized designs. Features including lay flat collar and shoulder to shoulder tapering will make this your new favorite t-shirt.

- Heavy weight fabric
- Short-sleeve and crewneck with a tagless neck label
- Classic unisex style
- Size up if you need something roomier
- Features a sharp and vivid printed design
- All colors are 100% Pre-Shrunk Cotton; Gray colors are Cotton/Polyester Blend
- Machine wash cold inside out with like colors, tumble dry low for easy care
- Imported



LOVE HAPPENS Dark T-Shirt
Designed by trekx100

LOVE HAPPENS

See this design on other products

Related products:
Anniversary   Wedding   Seasonal and Holiday

# Size chart

|  | Chest (in) | Width (in) | Length (in) |
|---|---|---|---|
| Small | 34-36 | 18 | 28 |

| | | | |
|---|---|---|---|
| Medium | 38-40 | 20 | 29 |
| Large | 42-44 | 22 | 30 |
| X-Large | 46-48 | 24 | 31 |
| X-Large Tall | 46-48 | 24 | 34 |
| 2X-Large | 50-52 | 26 | 33 |
| 2X-Large Tall | 50-52 | 26 | 36 |
| 3X-Large | 54-56 | 28 | 34 |
| 3X-Large Tall | 54-56 | 28 | 37 |
| 4X-Large | 58-60 | 30 | 35 |

## You may also like

Home   Anniversary   Men   T-Shirts   Classic   LOVE HAPPENS Dark T-Shirt

**Get Exclusive Offers:**

Email Address   Subscribe

☐ By checking this box I certify that as of today I am at least 13 years of age

☐ I agree to use the CafePress.com service in accordance with the Terms of Service and Content Usage Policy.

**Follow CafePress:**

   

# HELP

Contact Us

FAQs

Returns

Shipping

Track Order

Affiliate Program

Start Selling

Coupons

Become a Brand Ambassador

# ABOUT

About CafePress

Fan Portals

Report an Alleged Infringement

Sitemap

Terms & Conditions

Web Accessibility

California Supply Chain Act

Mobile App

# INTERNATIONAL

Australia

Canada

United Kingdom

United States & Worldwide

All Content Copyright © 1999-2020 CafePress Inc.